UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER LETOURNEAU et al., | CASE NO. 2:24-cv-00463-JHC |
| Plaintiffs, | ORDER |
| v. | |
| NEUTRON HOLDINGS INC, et al., | |
| Defendants. | |

Before the Court is the parties' stipulated motion for protective order. Dkt. # 10. The local rules provide that "[p]arties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2). Here, the parties have neither provided a redlined version of this district's model protective order nor stated that their proposed stipulated protective order does not depart from the district's model order. *See generally* Dkt. # 10. Accordingly, the Court ORDERS the parties to file immediately a redlined version of their stipulated protective order that identifies any departures from the district's model protective order.

/

/

ORDER - 1

Dated this 21st day of May, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2