UNITED STATES DISTRICT COURT

WESTERN DISTICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER LETOURNEAU AND BENJAMIN PARKER, a marital community,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NEUTRON HOLDINGS, INC. d/b/a LIME, a Delaware Corporation; JOHN and JANE DOE EMPLOYEE 1-25, husband and wife, a marital community; and COMPANIES 1-25, companies doing business in the State of Washington;<br><br>　　　　　　　　Defendants. | NO. 2:24-CV-00463<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT |

　　　THIS MATTER comes before the Court on Plaintiffs' Motion to Amend Complaint. Dkt. # 18.  Based on the filings in this matter, as well as the representation of counsel that there is not opposition to the motion, the Court GRANTS the motion.  The Court DIRECTS Plaintiff to file the Amended Complaint within 14 days of filing of this Order.

/

DATED 13th day of August, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO
AMEND COMPLAINT - 2
NO. 2:24-CV-00463