UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER LETOURNEAU AND BENJAMIN PARKER, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>NEUTRON HOLDINGS, INC. d/b/a LIME, a Delaware Corporation; JOHN and JANE DOE EMPLOYEE 1-25, husband and wife, a marital community; and COMPANIES 1-25, companies doing business in the State of Washington,<br><br>Defendants. | No. 2:24-cv-00463-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**NOTE ON MOTION CALENDAR NOVEMBER 22, 2024** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all of Plaintiffs' claims and causes of action in this matter shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS
(Cause No. 2:24-cv-00463-JHC) – 1

DATED: November 22, 2024.

/s/ Sok-Khieng K. Lim
Sok-Khieng K. Lim, WSBA No. 30607
Rush, Hannula, Harkins & Kyler, PLLC
4701 S. 19th St., Suite 300
Tacoma, WA 98405
slim@rhhk.com

Cody J. Colwell, WSBA No. 41540
Chou Colwell PS
11900 NE 1st Street, Suite 300
Bellevue, WA 98005-3049
cody@choucolwell.com
*Attorneys for Plaintiffs*

/s/Jeff M. Sbaih
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
jackson@wscd.com; sbaih@wscd.com
*Attorneys for Defendant*

## **ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS ORDERED as follows:

1. All of Plaintiffs' claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney fees, costs, and expenses.

DATED this 22nd day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS
(Cause No. 2:24-cv-00463-JHC) – 2